UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Index No. 07-cr-641 (NGG) SMG) |
| - versus - | **NOTICE OF LAW FIRM** <br> **CHANGE OF NAME** |
| ANDREW BROWN, | |
| Defendant | |

----------------------------------- X

PLEASE TAKE NOTICE that effective July 1, 2013, Stillman & Friedman, P.C., counsel for Andrew Brown, is now practicing under the name Ballard Spahr Stillman & Friedman LLP. The firm's address, telephone and fax numbers remain the same. The new email address for the undersigned attorney is set forth below.

New York, New York
August 1, 2013

BALLARD SPAHR STILLMAN & FRIEDMAN LLP

By: _____
Marjorie J. Peerce

425 Park Avenue
New York, New York 10022
(212) 223-0200 (telephone)
(212) 223-1942 (fax)
PeerceM@bssfny.com
*Counsel for Andrew Brown*

TO:   All counsel of record